**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-01803-CMA-CBS

TCR SPORTS BROADCASTING HOLDING, LLP
d/b/a MID-ATLANTIC SPORTS NETWORK,

    Plaintiff,

v.

CABLE AUDIT ASSOCIATES, INC.
d/b/a MEDIA AUDITS INTERNATIONAL,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on June 30, 2015, it is

ORDERED that Defendant's Motion for Summary Judgment [33] is granted. It is

FURTHER ORDERED that, there is no just reason for delay of entry of final judgment in favor of Cable Audit Associates, Inc., d/b/a Media Audits International and against TCR Sports Broadcasting Holding, LLP, d/b/a Mid-Atlantic Sports Network. It is

FURTHER ORDERED that Defendant Cable Audit Associates, Inc., d/b/a Media Audits International, shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the

procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 30th day of June, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                  By: s/   V. B arnes
                              V. B arnes
                              Deputy Clerk